UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| TENSAS PARISH SHERIFF'S OFFICE | CIVIL ACTION NO. |
| VERSUS | 3:16-CV-00744-RGJ-KLH |
| TENSAS PARISH LAW ENFORCEMENT DISTRICT, UMB BANK, N.A., PIONEER INVESTMENTS, LORNA GLEASON, JONATHAN P. CHIRUNGA, EMERALD CORRECTIONAL MANAGEMENT, LLC, AND WATERPROOF CORRECTIONAL, LLC | JUDGE ROBERT G. JAMES MAGISTRATE JUDGE KAREN L. HAYES |

## COMPLIANCE WITH REMOVAL ORDER

In compliance with the Court's Removal Order issued on May 31, 2016, (Doc. 4), defendants and removing parties, UMB Bank, N.A., in its capacity as Trustee of the $8,745,000 Certificates of Participation in the Amended and Restated Lease Agreement (with option to purchase, as amended, with the Tensas Parish Law Enforcement District) ("UMB"), Pioneer Investment Management, Inc. ("Pioneer"), Lorna Gleason, and Jonathan M. Chirunga respond to each enumerated paragraphs of the Order and respectfully represent as follows:

(1)    (a)    A list of all attorneys involved in the case and the parties they represent:

       (i)    Plaintiff, Tensas Parish Sheriff's Office - James E. Paxton, John Durham Crigler, Jr. and Steven L. Grady of the law firm Bishop Paxton, P.O. Box 97, St. Joseph, LA 71366;

       (ii)    Defendants, UMB, Pioneer, Lorna Gleason, and Jonathan M. Chirunga - E. Howell Crosby, Peter J. Rotolo, III and Amy L. McIntire of the law firm of Chaffe McCall, L.L.P., 2300 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163;

       (iii)    Defendant, Tensas Parish Law Enforcement District – No counsel enrolled to date;

2714662-1

    (iv)    Defendant, Emerald Correctional Management LLC – John M. Madison, Jr., Charles E. Tabor and Reid A. Jones of the law firm Wiener, Weiss & Madison, 333 Texas Street, Suite 2350, Shreveport, Louisiana 71101; and

    (v)    Defendant, Waterproof Correctional LLC – No counsel enrolled to date.

(b) Copies or electronic images of all records and proceedings occurring in the state court prior to removal, arranged by order of filing date:

    (i)    See attached copies of state court record by filing date, excluding copies previously attached to the Notice of Removal.

(c) A list of all documents included in the state court record, arranged by order of filing date (chronologically from first-filed, to last-filed):

    (i)    Petition for Damages with Temporary Restraining Order, May 4, 2016 (Rec. Doc. 1-1);

    (ii)    Citation – Rule to Show Cause to UMB, Pioneer, Lorna Gleason and Jonathan M. Chirunga, May 5, 2016 (Rec. Doc. 1-2);

    (iii)    Declinatory, Dilatory and Peremptory Exceptions of Defendant UMB Bank, N.A. in Response to Temporary Restraining Order and Request for Preliminary Injunction with Rule to Show Cause, May 12, 2016 (Rec. Doc. 1-2, pp. 43-64);

    (iv)    Service Return of Rule to Show Cause on Emerald Correctional Management, LLC, May 16, 2016.

    (v)    Notice of Fixing Hearing for June 10, 2016, May 18, 2016 (Rec. Doc. 1-2, pp. 65-66);

    (vi)    Consent Judgment with Notice of Fixing for June 10, 2016, dated May 27, 2016;

    (vii)    Emerald Correctional Management, LLC's Declinatory Exception of Insufficiency of Service of Process with Rule to Show Cause; and

    (viii)    Service Return of Rule to Show Cause on Lorna Gleason, May 31, 2016.

The above list is to be best of undersigned counsel's belief and knowledge based on information and documents provided by the Clerk of Court of the 6th Judicial District Court, Parish of Tensas.

(2) The following was pending and set for hearing on June 10, 2016, at the time of removal on May 27, 2016:

    (i)    Plaintiff's Request for Preliminary Injunction;

    (ii)    Declinatory, Dilatory and Peremptory Exceptions of Defendant UMB Bank, N.A. in Response to Temporary Restraining Order and Request for Preliminary Injunction with Rule to Show Cause, May 12, 2016 (Rec. Doc. 1-2, pp. 43-64); and

    (iii)    Emerald Correctional Management, LLC's Declinatory Exception of Insufficiency of Service of Process with Rule to Show Cause;

(3)  No funds are or were being held by the state court for the benefit of the litigants in the instant case, to the best of the undersigned's knowledge and belief.

Respectfully submitted,

/s/ Peter J. Rotolo, III
E. Howell Crosby (#14959)
Peter J. Rotolo (#21848)
Amy L. Mcintire (#35241)
CHAFFE McCALL, L.L.P.
1100 Poydras Street
Suite 2300 Energy Centre
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Facsimile: (504) 544-6089
*Attorneys for UMB Bank, N.A., Pioneer Investment Management, Inc., Lorna Gleason, and Jonathan M. Chirunga*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of June, 2016, the foregoing was electronically filed with the United States District Court for the Western District of Louisiana and served on all counsel by the Court's ECF filing system.

/s/ Peter J. Rotolo